Slip Op. 08-04

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| SKF USA, INC, SKF FRANCE S.A., and SARMA, | : | |
| Plaintiffs, | : | |
| v. | : | Before: WALLACH, Judge<br>Court No.: 03-00490 |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| TIMKEN U.S. CORPORATION, | : | |
| Defendant-Intervenor. | : | |

**JUDGMENT IN CONFORMITY WITH MANDATE**

The United States Court of Appeals for the Federal Circuit having issued a mandate on 13 November 2007, in SKF USA, Inc. v. United States, Appeal No. 07-1039, vacating this court's decision at Slip Op. 06-133 (September 1, 2006), it is hereby

ORDERED ADJUDGED AND DECREED that the above entitled case be and hereby is DISMISSED as moot.


__/s/ Evan J. Wallach_____
Evan J. Wallach, Judge


Dated: January 14, 2008
        New York, New York